IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C L ABOR and MICHAELA NICOLE ABOR | § § § § § § § § § § | |
| Plaintiffs, | | |
| V. | | No. 3:24-CV-2205-B-BW |
| PLANET HOME LENDING LLC, ET AL, | | |
| Defendants. | | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**DATE: December 27, 2024.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE