UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C L ABOR and MICHAELA NICOLE ABOR, | § § § | |
| Plaintiffs, | § § | |
| V. | § | No. 3:24-CV-2205-B-BW |
| | § | |
| PLANET HOME LENDING LLC, et al., | § § | |
| Defendants. | § | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge entered on February 7, 2025, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Fndings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **DENIES** the plaintiffs' emergency motion for temporary restraining order and preliminary injunction (Dkt. No. 56).

**SO ORDERED**.

**SIGNED** on February 21st, 2025.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE