IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| C L ABOR and MICHAELA NICOLE ABOR, § § § | | |
| Plaintiffs, § | | |
| § | | |
| V. § | No. 3:24-CV-2205-B-BW | |
| § | | |
| PLANET HOME LENDING LLC, et al., § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court **GRANTS** Defendant Planet Home Lending, LLC's motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (Dkt. No. 62) and **DISMISSES with prejudice** all claims

against Planet Home Lending, LLC. Plaintiffs' claims against Defendant Bernard Boteju d/b/a Bernard Management are **DISMISSED without prejudice** for failure to timely serve Defendant Bernard with summons and a copy of the complaint pursuant to Federal Rule of Civil Procedure 4(m) and also pursuant to Rule 41(b) for failure to comply with court orders and to timely prosecute the case.

**SO ORDERED**.

Signed on January 26, 2206.

JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE